FILED
CLERK. U.S. DISTRICT COURT

**JUL 2 3 2024**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  E. MARTIN ESTRADA
   United States Attorney
2  ANNE C. GANNON
   Assistant United States Attorney
3  Chief, Santa Ana Branch Office
   ANN LUOTTO WOLF (Cal. Bar No. 137163)
4  Assistant United States Attorney
   Santa Ana Branch Office
5       United States Courthouse
        411 West Fourth Street, Suite 8000
6       Santa Ana, California 92701
        Telephone:  (714) 338-3533
7       Facsimile:  (714) 338-3564
        E-mail:      ann.wolf@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                  UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,          No. 2:24-CR-00424-AB

13          Plaintiff,                GOVERNMENT'S NOTICE OF REQUEST
                                      FOR DETENTION
14              v.

15 MIGUEL SANDOVAL BAUTISTA,

16          Defendant.

17

18      Plaintiff, United States of America, by and through its counsel

19 of record, hereby requests detention of defendant and gives notice of

20 the following material factors:

21 ☐  1.    Temporary 10-day Detention Requested (§ 3142(d)) on the

22          following grounds:

23 ☐  a.    present offense committed while defendant was on release

24          pending (felony trial),

25 ☐  b.    defendant is an alien not lawfully admitted for

26          permanent residence; and

27 ☐  c.    defendant may flee; or

28

1    ☐  d.    pose a danger to another or the community.

2    ☒  2.    Pretrial Detention Requested (§ 3142(e)) because no

3              condition or combination of conditions will reasonably

4              assure:

5    ☒      a.    the appearance of the defendant as required;

6    ☒      b.    safety of any other person and the community.

7    ☐  3.    Detention Requested Pending Supervised Release/Probation

8              Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

9              § 3143(a)):

10   ☐      a.    defendant cannot establish by clear and convincing

11                evidence that he/she will not pose a danger to any

12                other person or to the community;

13   ☐      b.    defendant cannot establish by clear and convincing

14                evidence that he/she will not flee.

15   ☐  4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

16             § 3142(e)):

17   ☐      a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

18                (46 U.S.C. App. 1901 <u>et seq.</u>) offense with 10-year or

19                greater maximum penalty (presumption of danger to

20                community and flight risk);

21   ☐      b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

22                2332b(g)(5)(B) with 10-year or greater maximum penalty

23                (presumption of danger to community and flight risk);

24   ☐      c.    offense involving a minor victim under 18 U.S.C.

25                §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

26                2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

27

28

1    2260, 2421, 2422, 2423 or 2425 (presumption of danger

2    to community and flight risk);

3  ☐  d.    defendant currently charged with an offense described

4    in paragraph 5a - 5e below, AND defendant was

5    previously convicted of an offense described in

6    paragraph 5a - 5e below (whether Federal or

7    State/local), AND that previous offense was committed

8    while defendant was on release pending trial, AND the

9    current offense was committed within five years of

10    conviction or release from prison on the above-

11    described previous conviction (presumption of danger to

12    community).

13  ☒  5.    Government Is Entitled to Detention Hearing Under § 3142(f)

14    If the Case Involves:

15  ☐  a.    a crime of violence (as defined in 18 U.S.C.

16    § 3156(a)(4)) or Federal crime of terrorism (as defined

17    in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum

18    sentence is 10 years' imprisonment or more;

19  ☐  b.    an offense for which maximum sentence is life

20    imprisonment or death;

21  ☐  c.    Title 21 or MDLEA offense for which maximum sentence is

22    10 years' imprisonment or more;

23  ☐  d.    any felony if defendant has two or more convictions for

24    a crime set forth in a-c above or for an offense under

25    state or local law that would qualify under a, b, or c

26    if federal jurisdiction were present, or a combination

27    or such offenses;

28

3

☐    e.    any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒    f.    serious risk defendant will flee;

☐    g.    serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐    6.    Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//

☐    7.    Good cause for continuance in excess of three days exists in

that:

_____

_____

_____

_____

Dated: July 23, 2024                    Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

ANNE C. GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

_____
ANN LUOTTO WOLF
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

5